# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
C.M. and S.M., individually and on behalf of
student L.M.,

                        Plaintiffs,                                18 **CIVIL** 4409 (VB)

        -against-                                         **JUDGMENT**

MOUNT VERNON CITY SCHOOL DISTRICT

                        Defendant.
------------------------------------------------------------X
C.M. and S.M., individually and on behalf of
student L.M.,

                        Plaintiffs,                                19 **CIVIL** 5496 (VB)

        -against-                                         **JUDGMENT**

MOUNT VERNON CITY SCHOOL DISTRICT

                        Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 8, 2020, The Parents' motions for summary judgment are denied in part and granted in part; The Districts motions for summary judgment are granted in part and denied in part; accordingly, the decisions of the state review officers are affirmed with respect to both the 2016-2017 and 2017-2018 school years; with respect to the limited question of whether the District was required to pay for extended school day services at Bronxville for the 2018-2019 school year, the Court grants leave to the Parents to submit an application for statutory attorney's fees and other recoverable costs, both at the administrative and level and in this action; case no. 18cv4409 is closed, and case no. 19cv5496 shall remain open pending decision of the parents' application for attorney's fees and costs.

**Dated:**  New York, New York
July 9, 2020

                                              **RUBY J. KRAJICK**
                                                  **Clerk of Court**
**BY:**
                                                    **Deputy Clerk**